

## Fourth Court of Appeals

### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00784-CV

**ESTATE OF** Estella Q. **CAMPOS**, Deceased

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2014PC3884
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed:  January 24, 2018

DISMISSED FOR WANT OF JURISDICTION

In the case underlying this appeal, the trial court signed an appealable order on September 22, 2017.  The deadline to file a motion for new trial was October 23, 2017.  *See* TEX. R. CIV. P. 329b(a).  Because no motion for new trial or other timely postjudgment motion that would extend the deadline to file a notice of appeal was filed, the notice of appeal was due thirty days after the judgment was signed, on October 23, 2017.  TEX. R. APP. P. 26.1.  A motion for extension of time to file a notice of appeal was due not later than November 7, 2017.  *See id.* R. 26.3.

Appellant's notice of appeal was filed on November 22, 2017, fifteen days after the last day to timely file the notice.  *See* TEX. R. APP. P. 26.3.  Because Appellant's notice of appeal appeared to be untimely, we ordered Appellant to show cause in writing not later than January 3, 2018, why this appeal should not be dismissed for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a);

*Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction."). We warned Appellant that if she failed to respond as ordered within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 42.3(c).

On December 28, 2017, Appellant filed a partially completed docketing statement. But to date, Appellant has not filed a response to our December 13, 2017 order requiring her to show how this court has jurisdiction in this appeal. *Contra id.* R. 42.3(c).

We conclude Appellant's notice of appeal was not timely filed, and Appellant did not invoke this court's jurisdiction. *See Verburgt*, 959 S.W.2d at 617. We dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

PER CURIAM